# FEDERAL PUBLIC DEFENDER

District of Delaware
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010    FAX (302) 573-6041

Penny Marshall
Federal Public Defender

Christopher S. Koyste
Assistant Federal Public Defender

Eleni Kousoulis
Assistant Federal Public Defender

Jonathan Pignoli
Research and Writing Specialist

July 21, 2005

Honorable Gregory M. Sleet
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

    **Re:**    **United States v. Michael Malloy**
              **Criminal Action No. 90-105-GMS**

Dear Judge Sleet:

       Counsel for Mr. Malloy requests that the revocation hearing of Mr. Malloy be rescheduled from Monday, July 25, 2005 to Monday, August 22, 2005 at 10:00 am.

       Counsel for the Government and U.S. Probation do not oppose this request and will be available for the hearing.

       Respectfully submitted,

       /s/
       Penny Marshall
       Federal Public Defender

PM/rb

cc:    Edmond Falgowski, AUSA
        Craig Carpenter, U.S. Probation
        Clerk, U.S. District Court