Dear Judge Gregory M. Sleet,

My name is Micheal Malloy case # CR 90-105-GMS and I am petitioning you to offer a polarized perspective of who I am outside of the papers inside of my file.

I have needed treatment for some years now and looking back in retrospect have known this information and failed to admit this to anyone as well as myself. Having done an extensive amount of time from a drug-related offense I'm still confronted with problem of attempting to cope better in life situations. I also would like to say that during my stint incarcerated in the federal system I never actually quit indulging in mind/mood altering chemicals. Thus upon my release almost a year ago nothing changed. And I say this to say that when confronted with tough situations I resorted to the same means of coping as usual. Mind you your Honor I am convinced that I am an addict suffering from the disease of addiction and am searching for a working solution back to life.

I believe if it be Gods will for me, I would appreciate an opportunity to learn more about my problems/life issues in some sort of halfway house treatment in conjunction to the State charges I am facing. I would value this courts descretion in these matters so that I can be helped rather than warehoused.

CC:

FILED
AUG 1 - 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
be scanned

Thank You
Micheal Malloy  # 12786-018
7/26/05



Honorable Gregory M. Sleet, United State
District Judge.
Boggs Federal Bldg, 844 King St.
Wilmington, Delaware
19801-3519



Michael Mall
144402
PO Box 9561
HRYCF
Wilmington, DE
19809

U.S.M.S.
X-RAY